1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**FILED**
CLERK, U.S. DISTRICT COURT

AUG 1 1 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALVA SOLORIO,<br><br>          Petitioner,<br><br>   vs.<br><br>TERESA BANKS,<br><br>          Respondent. | Case No. CV 07-7705-PSG (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

17   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
18 records and files herein, and the Report and Recommendation of the United States
19 Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and
20 recommendations of the Magistrate Judge.
21 / / /
22 / / /
23 / / /
24
25
26
27
28

1  IT IS ORDERED that Judgment be entered (1) approving and adopting this
2  Report and Recommendation; (2) granting Respondent's Motion to Dismiss for
3  failure to exhaust administrative state remedies; and (3) directing that Judgment be
4  entered dismissing this action without prejudice.

6  DATED: 8/11/08

   HONORABLE PHILIP S. GUTIERREZ
   United States District Judge

10  Prepared by:

    HONORABLE OSWALD PARADA
13  United States Magistrate Judge