JS-6

**FILED**
**CLERK, U.S. DISTRICT COURT**

AUG 11 2008

**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION    BY DEPUTY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALVA SOLORIO,<br><br>        Petitioner,<br><br>  vs.<br><br>TERESA BANKS,<br><br>        Respondent. | Case No. CV 07-7705-PSG (OP)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss for failure to exhaust administrative state remedies; and (3) directing that Judgment be entered dismissing this action without prejudice.

DATED: 8/11/08

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge